*Cobb & Erwin, George C. Thomas,* and *W. M. Smith,* contra.

---

LOUISVILLE & NASHVILLE RAILROAD COMPANY *v.* GUDGER *et al.*

BECK, J.  The petition after amendment was not open to the objections made by demurrer; no error is shown in the court's instructions to the jury; and there being sufficient evidence to authorize the finding in favor of the plaintiffs, the judgment of the court below refusing a new trial will not be disturbed.

> *Judgment affirmed. All the Justices concur.*
> SEPTEMBER 21, 1910.

Action for damages.   Before Judge Fite.   Murray superior court.   March 27, 1909.

*D. W. Blair* and *C. N. King,* for plaintiff in error.

*W. E. Mann* and *C. L. Henry,* contra.